UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 1:20-cr-00007-PLM

Hon. Paul L. Maloney
United States District Judge

v.

ERINEO WALLACE,

       Defendant.

_____/

### MOTION TO EXTEND TIME TO SURRENDER OF DEFENDANT TO MCC CHICAGO BY ONE DAY

NOW COMES Defendant, Erineo Wallace, by the undersigned attorney and moves this Honorable Court for an Order Extending Defendant's self-surrender date by 24 hours. In support of said motion defendant states as follows.

1. That defendant was sentenced to 90 days incarceration as a result of a violation of supervised release.

2. That at the time of sentence the court allowed for voluntary surrender.

3. Mr. Wallace was ordered by the Bureau of Prisons to surrender to the Metropolitan Correctional Center in Chicago at noon on 12/30/2024.

4. That the day prior to the surrender a great deal of rain waterlogged the defendant's back yard and this morning the car was stuck in the mud, unable to be moved expect by machinery. Further complicating the situation, a tire had to be replaced. Mr. Wallace was unable to get to Chicago, today.

5. The car is now apparently operable and Mr. Wallace respectfully requests that the court allow him to report no later than noon tomorrow, December 31st, 2024.

6. Defense counsel has appended 3 photographs of Defendant's backyard to this motion. These photographs were provided to defense counsel by defendant.

7. The assistant U.S. attorney on this case was consulted and had no objection to the motion.

Respectfully Submitted,

Dated: December 30, 2024         /s/ Paul L. Mitchell
PAUL L. MITCHELL (P-32296)
161 Ottawa NW, Suite 405
Grand Rapids, MI 49503
(616) 742-5880